IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KHANDAKER AHAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:07-00414 |
| R. JAMES NICHOLSON, Secretary, | ) | JUDGE HAYNES |
| Veterans Affairs, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant R. James Nicholson, Secretary, Department of Veterans Affairs' motion for summary judgment (Docket Entry No. 12) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 28th day of March, 2008

WILLIAM J. HAYNES, JR.
United States District Judge